[No. 10909–3–II.   Division Two.   August 24, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY WILLIAM KENNEDY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00228–9, David E. Foscue, J., entered March 16, 1987. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 11526–3–II.   Division Two.   August 24, 1989.]

*In the Matter of the Welfare of* G.D.

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–7–00070–4, Leonard W. Kruse, J., entered October 6, 1987. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 11580–8–II.   Division Two.   August 24, 1989.]

GEORGE W. JOHNSON, ET AL, *Appellants*, v. JOHN T. MORGAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–04053–1, Waldo F. Stone, J., entered December 11, 1987. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.